UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rosalee V. Zarrow

    v.                                                      Case No. 25-cv-333-SE-AJ

Kaplan Higher Education, LLC et al.


ORDER

The Court construes the plaintiff's "Amended Notice of Appeal to Objection" (Doc. No. 6) as an objection to the October 15, 2025 Report and Recommendation.  So construed, and after due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 15, 2025. For the reasons explained therein, this case is dismissed without prejudice.

                                                                             /s/ Samantha D. Elliott
                                                                             Samantha D. Elliott
                                                                             Chief Judge

Date: January 15, 2026


cc:   Rosalee V. Zarrow, pro se